IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIO VIRGEN, *on behalf of himself and other persons similarly situated*, <br>    Plaintiff, <br><br> v. <br><br> US COATINGS, INC., <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 17-00198-KD-N <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, it is ORDERED, ADJUDGED, and DECREED that all claims asserted in this action by the natural person Plaintiff, who has identified himself as Julio Virgen in this action but may go by other names, aliases, identities, etc., against Defendant U.S. Coatings, Inc., are **DISMISSED with prejudice**.

.   **DONE** and **ORDERED** this the 4th day of October 2017.


/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**